IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CAROLINA RIVERA MENDOZA,<br><br>    Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>    Respondent. | NO. EDCV 25-3227 MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report") and Petitioner's Objections to Report and Recommendation (Dkt. No. 12)  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court OVERRULES the Objections.  Therefore, the Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that

(1) The Temporary Restraining Order is GRANTED IN PART;

(2) Respondent is enjoined from continuing to detain Petitioner unless she is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days after the District Court's issuance of the TRO; and

(3) Respondent is enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case.

The Clerk is DIRECTED to remove the designation of Petitioner's certificate of compliance with Local Rule 7-19.1 as an ex parte application. (Dkt. No. 8.)

DATED: December 15, 2025_____      _____
                                                              MICHAEL W. FITZGERALD
                                                              United States District Judge