# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CAROLINA RIVERA MENDOZA,<br><br>                    Petitioner,<br><br>        v.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS,  Acting Director, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; FERETI SEMAIA; WARDEN, Adelanto ICE Processing Center; ERNESTO SANTACRUZ, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>                    Respondents. | Case No: 5:26-cv-3227-MWF(AGR)<br><br>**PRELIMINARY INJUNCTION** |

**TEMPORARY RESTRAINING ORDER**

On April 1, 2026, the Court granted Petitioner's Motion for Preliminary Injunction (Docket No. 17).

Pursuant to Federal Rule of Civil Procedure 65, **IT IS ORDERED** that Respondents shall immediately **RELEASE** Petitioner from custody.  Respondent shall file a notice of compliance to this effect by no later than **April 3, 2026**.

Dated:  April 1, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2
**TEMPORARY RESTRAINING ORDER**